UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL DAVILA, | : | |
| Plaintiff | : | |
| | : | 3:13-CV-574 |
| v. | : | |
| | | (Mannion, D.J.) |
| COUNTY OF LACKAWANNA, et al. | : | (Schwab, M.J.) |
| Defendants | : | |

## ORDER

**IT IS HEREBY ORDERED THAT:**

(1) Plaintiff's motion for leave to proceed *in forma pauperis*, (Doc. No. 4), is **GRANTED**.

(2) The report and recommendation of Judge Schwab, (Doc. No. 5), is **ADOPTED IN FULL**.

(3) Plaintiff's complaint, (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE** to refiling an Amended Complaint, on or before May 15, 2013, addressing the deficiencies addressed in Judge Schwab's report and recommendation. (Doc. No. 5). Failure to timely file a sufficient Amended Complaint will result in the dismissal of this action with prejudice.

(4) Because the complaint is dismissed, plaintiff's motion to stay the case, (Doc. No. 7), is **DISMISSED AS MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: April 15, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-574-01-ORDER.wpd