**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MIGUEL DAVILA,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-0574** |
| v. : | **(Mannion, D.J.)** |
| **COUNTY OF LACKAWANNA, et al.,:** | **(Schwab, M.J.)** |
| **Defendants** : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Judge Schwab's report and recommendation, (Doc. 25), is **ADOPTED IN FULL** and plaintiff's amended complaint, (Doc. 22), is **DISMISSED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 5, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0574-02-order.wpd